LAFAYETTE STREET CHURCH SOCIETY OF BUFFALO, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Third Department. November, 1913.) Decision (144 N. Y. Supp. 265) modified as follows: Judgment reversed on law and facts, with costs, and complaint dismissed, with costs. The findings of fact of which this court disapproves are numbered in the decision as follows: 5, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 26, 27, 28, 32, 36, 37, 38, 39, 40, 42, 43, 44, 45, 46, 47, 57, 58, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71. In addition to the findings of fact made by the trial court of which this court approves, this court adopts as further findings of fact the defendant's requests to find, as indicated in the record, and numbered 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 38.